IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

CLAUDINE B. GARRETT                                                12-02190-8-JNC
                                                                   Chapter 13

RESPONSE TO MOTION TO DETERMINE STATUS AND AMOUNT OF CLAIM

      **COMES NOW,** HSBC Consumer and Mortgage Lending as servicer for Beneficial Financial I Inc by and through undersigned Counsel, and hereby responds to the Trustee's Motion to Determine Status and Amount of Claim. The refund sent to the Trustee was due to the pre-petition arrearage claim being paid in full. HSBC Consumer and Mortgage Lending as servicer for Beneficial Financial I Inc, agrees that the pre-petition claim has been paid in full, but there are still on-going monthly payments due. HSBC Consumer and Mortgage Lending as servicer for Beneficial Financial I Inc requests that this matter be set for hearing.

      This the 25th day of August, 2017.

      */s/ William P. Harris*
      William P. Harris, Attorney for Creditor, Bar # 48633
      wharris@logs.com |704-831-2343
      Shapiro & Ingle, LLP
      10130 Perimeter Pkwy, Suite 400
      Charlotte, NC 28216
      Phone: 704-333-8107 | Fax: 704-333-8156
      Supervisory Attorney Contact: Jonathan Davis
      jodavis@logs.com | 704-831-2392
      Electronic Service Notifications: ncbkmail@shapiro-ingle.com

16-081352

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

CLAUDINE B. GARRETT                                        12-02190-8-JNC
                                                           Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Claudine B. Garrett
P. O. Box 862
Sharpsburg, NC 27878

(Served via Electronic Notification Only)
Claudine B. Garrett
P. O. Box 862
Sharpsburg, NC 27878

(Served via U.S. Mail and Electronic Notification)
Joseph A. Bledsoe, III
P.O. Box 1618
New Bern, NC 28563

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

August 25, 2017.

*/s/ William P. Harris*
William P. Harris, Attorney for Creditor, Bar # 48633
wharris@logs.com |704-831-2343
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Jonathan Davis
jodavis@logs.com | 704-831-2392
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

16-081352